RECEIPT NUMBER
200510661

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PAUL LEE SCHRADER,　　　　　　　　　　)
and his wife, JOANN SCHRADER,　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　JUDGE : Tarnow, Arthur J.
MALLINCKRODT BAKER, INC.,　　　　　　 )　DECK  : S. Division Civil Deck
　　　　　　　　　　　　　　　　　　　　)　DATE  : 07/19/2004 @ 14:44:15
Serve Managing Agent: **By Registered Mail**　)　CASE NUMBER : 2:04CV72679
　　　　　　　　　　　　　　　　　　　　)　CMP SCHRADER ET AL V.
　　　222 Red School Lane　　　　　　　　)　MALLINCKRODT BAKER INC ET AL
　　　Phillipsburg, NJ 08865　　　　　　　 )　(DA)
　　　　　　　　　　　　　　　　　　　　)
and　　　　　　　　　　　　　　　　　　  )　MAGISTRATE JUDGE MONA K. MAJZOUB
　　　　　　　　　　　　　　　　　　　　)
FISHER SCIENTIFIC INTERNATIONAL, INC., )
　　　　　　　　　　　　　　　　　　　　)
Serve Registered Agent: **By Registered Mail**　)
　　　　　　　　　　　　　　　　　　　　)
　　　CT Corporation System　　　　　　　)　JURY TRIAL DEMANDED
　　　9 Capitol Street　　　　　　　　　　 )
　　　Concord, NH 03301　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　　 )

## COMPLAINT

COMES NOW Plaintiff Paul Lee Schrader and his wife, JoAnn Schrader, by and through their attorneys, and for their cause of action against Defendants Mallinckrodt Baker, Inc. and Fisher Scientific International, Inc., state as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1.　That Plaintiff Paul Lee Schrader (hereinafter "Plaintiff") and his wife JoAnn Schrader are residents of the State of Michigan.

2.　That Defendant Mallinckrodt Baker, Inc. is a New Jersey Corporation in good

standing.

3. That Defendant Fisher Scientific International, Inc. is a Delaware Corporation in good standing.

4. That Defendant Mallinckrodt Baker, Inc. and Defendant Fisher Scientific International, Inc. are hereinafter referred to collectively as "Defendants".

5. That from approximately 1974 through 1979, while working as a laboratory technician for the Pennwalt Corporation, Plaintiff was exposed to benzene marketed and sold by Defendants.

6. That as a direct and proximate result of Plaintiff's exposure to benzene, he developed acute myelogenous leukemia.

## COUNT I - STRICT LIABILITY/PRODUCT DEFECT

7. That Plaintiff alleges and incorporates herein each and every allegation set forth in paragraphs 1 through 6.

8.. That Defendants sold the benzene in the course of Defendants' business.

9. That the benzene was in a defective condition unreasonably dangerous when put to a reasonably anticipated use.

10. That the benzene was used in a manner reasonably anticipated.

11. That as a direct and proximate result of the condition as existed when the benzene was sold, Plaintiff sustained damages, to wit: he developed acute mylogenous leukemia, and severe and permanent disability therefrom; he has incurred medical bills, and will continue to incur medical bills in the future; he has lost wages, and will continue to lose wages in the future; he has suffered pain, and will continue to suffer pain in the future; he has suffered in his ability to

work, labor, and enjoy the ordinary pursuits of life.

12. That as a direct and proximate result of the defective condition as existed when the benzene was sold, and the injuries and damages suffered by Plaintiff, JoAnn Schrader has suffered and will continue to suffer the loss of the society, consortium, companionship, love, affection, support, and care of her husband.

WHEREFORE, Plaintiff Paul Lee Schrader and JoAnn Schrader, pray judgment against Defendants Mallinckrodt Baker, Inc. and Fisher Scientific International, Inc., in an amount in excess of $75,000 (Seventy-Five Thousand Dollars), together with their costs herein expended, and any further relief this Court deems just and proper.

## COUNT II - NEGLIGENT FAILURE TO WARN

13. That Plaintiff alleges and incorporates herein each and every allegation set forth in paragraphs 1 through 6.

14. That Defendants marketed and sold the benzene.

15. That Defendants failed to use ordinary care to adequately warn of the risk of harm associated with exposure to benzene.

16. That as a direct and proximate result of this carelessness and negligence of Defendants, Plaintiff sustained damages, to wit: he developed acute myelogenous leukemia, and severe and permanent disability therefrom; he has incurred medical bills, and will continue to incur medical bills in the future; he has lost wages, and will continue to lose wages in the future; he has suffered pain, and will continue to suffer pain in the future; he has suffered in his ability to work, labor, and enjoy the ordinary pursuits of life.

17. That as a direct and proximate result of the carelessness and negligence of

Defendants, and the injuries and damages suffered by Plaintiff, JoAnn Schrader has suffered and will continue to suffer the loss of the society, consortium, companionship, love, affection, support, and care of her husband.

WHEREFORE, Plaintiff Paul Lee Schrader and JoAnn Schrader, pray judgment against Defendants Mallinckrodt Baker, Inc. and Fisher Scientific, Inc., in an amount in excess of $75,000 (Seventy-Five Thousand Dollars), together with their costs herein expended, and any further relief this Court deems just and proper.

### COUNT III - STRICT LIABILITY/FAILURE TO WARN

18.  That Plaintiff alleges and incorporates herein each and every allegation set forth in paragraphs 1 through 6.

19.  That Defendants sold the benzene in the course of Defendants' business.

20.  That the benzene was then unreasonably dangerous when put to a reasonably anticipated use without knowledge of its characteristics.

21.  That Defendants did not give adequate warning of the danger associated with exposure to benzene.

22.  That the benzene was used in a manner reasonably anticipated.

23.  That as a direct and proximate result of the condition as existed when the benzene was sold, Plaintiff sustained damages, to wit: he developed acute myelogenous leukemia, and severe and permanent disability therefrom; he has incurred medical bills, and will continue to incur medical bills in the future; he has lost wages, and will continue to lose wages in the future; he has suffered pain, and will continue to suffer pain in the future; he has suffered in his ability to work, labor, and enjoy the ordinary pursuits of life.

24.     That as a direct and proximate result of the defective condition as existed when the benzene was sold, and the injuries and damages suffered by Plaintiff, JoAnn Schrader has suffered and will continue to suffer the loss of the society, consortium, companionship, love, affection, support, and care of her husband.

WHEREFORE, Plaintiff Paul Lee Schrader and JoAnn Schrader, pray judgment against Defendants Mallinckrodt Baker, Inc. and Fisher Scientific International, Inc., in an amount in excess of $75,000 (Seventy-Five Thousand Dollars), together with costs herein expended, and any further relief this Court deems just and proper.

HOLLORAN STEWART & SCHWARTZ, P.C.

_____
Thomas E. Schwartz
1010 Market St., Suite 1650
St. Louis, Missouri 63101
(314) 621-2121
(314) 621-8512 Facsimile
ATTORNEYS FOR PLAINTIFFS

# CIVIL COVER SHEET

COUNTY IN WHICH THIS ACTION AROSE: _____

JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**
Paul Lee Schrader, and his wife
Joann Schrader

**DEFENDANTS** 04-72679
Mallinckrodt Baker, Inc., and
Fisher Scientific International, Inc.

(b) County of Residence of First Listed: Wayne County   26163

County of Residence of First Listed: New Jersey
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(C) Attorney's (Firm Name, Address, and Telephone Number)
Thomas E. Schwartz, Holloran, Stewart & Schwartz, P.C., 1010 Market St., Ste. 1650, St. Louis, MO 63101; (314) 621-2121

Attorneys (If Known): Tarnow/MKM
ARTHUR J. TARNOW
MAGISTRATE JUDGE MONA K. MAJZOUB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item 111)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21: 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | PERSONAL INJURY | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of Overpayment and Enforcement of Judgment | [ ] 362 Personal Injury- Med. Malpractice | [ ] 640 R.R. & Truck | PROPERTY RIGHTS | [ ] 460 Deportation |
| | [X] 365 Personal Inj'ry - Product Liability | | | [ ] 470 Racketeer Influenced & Corrupt Organizations |
| | [ ] 320 Assault Libel And Slander | | | |
| [ ] 151 Medicare Act | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 650 Airline Regs. | [ ] 820 Copyrights | |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 330 Federal Employers' Liability | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 340 Marine | [ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| | [ ] 345 Marine Product Liability | PERSONAL PROPERTY | | [ ] 875 Customer Challenge 12 USC 3410 |
| | | [ ] 370 Other Fraud | LABOR | |
| | | [ ] 371 Truth in Lending | | |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | SOCIAL SECURITY |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 861 HIA (1395ff) |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | | | [ ] 862 Black Lung (923) |
| | | | | [ ] 863 DIWC/DIWW (405(g)) |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | | FEDERAL TAX SUITS |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | |
| | | [ ] 555 Prison Condition | | |

Other Statutes (continued):
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multi district Litigation
- [ ] 7 Appeal to District Judge from Magistrate

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Diversity; 28 U.S.C. @1332(a)

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND: In excess of $75,000
- CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

...SUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  [x] Yes Voluntary/Without prejudice  [ ] No

   If yes, give the following information:

   Court: U.S. District Court Eastern District of Missouri

   Case No.: Judge Stephen N. LImbaugh

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  [ ] Yes  [x] No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes: